UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05-cr-00017-JAW |
| | ) | |
| JEREMY JONES | ) | |

**ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION**

On July 6, 2005, the Court sentenced Jeremy Jones to ninety-one months incarceration for his part in committing an armed bank robbery where a firearm was brandished. *J.* (ECF No. 22). The Court placed Mr. Jones on five years of supervised release following his incarceration with a number of standard and special conditions. *Id.* Mr. Jones served his time and began his five-year period of supervised release on November 4, 2011; his term of supervised release is set to expire on November 3, 2016. On August 17, 2015, Mr. Jones filed with the Court a pro se request for early termination of supervised release. *Letter Req. for Early Termination of Supervised Release* (ECF No. 24) (*Def.'s Mot.*). On August 31, 2015, the Government filed a response, objecting to the request. *Resp. of the Gov't in Opp'n to the Def.'s Aug. 14, 2015 Req. for Early Termination of Supervised Release* (ECF No. 26).

The Court acknowledges many of Mr. Jones' points. The Court accepts Mr. Jones' statement that the commission of these federal felonies was the "most regretful mistake of my life." *Def.'s Mot.* at 1. The Court also accepts his statements that he has tried to make restitution payments, has maintained employment for most of the time, and has had only a few relapses. *Id.* at 1-5.

As Mr. Jones notes, he has fully served his time in incarceration; the Court certainly regrets that Mr. Jones was mistreated during his time in jail and that he continues to suffer the effects of the experience. However, if Mr. Jones is continuing to experience, as he states, Post-Traumatic Stress Disorder, including nightmares, night terrors, panic attacks and severe social anxiety, this argues for continuing supervision, since the supervising officer may assist Mr. Jones in receiving proper psychological counseling for these conditions.

Also, even though the Court is willing to credit Mr. Jones with the good things he has done, the Court also must acknowledge that he is not currently employed and that he tested positive for marijuana on two occasions, one on August 3, 2015, and that he failed to appear for scheduled testing on August 11, 2015. These latter two problems occurred just before Mr. Jones filed his request for early termination. The Court has also considered the manifest seriousness of Mr. Jones' federal crimes, a credit union robbery in which Mr. Jones wore a ski mask while his accomplice pointed a gun at the teller, and which caused the Court to impose the five-year period of supervised release in the first place.

In all, although the Court is gratified to learn that Mr. Jones has done well under his supervised release and wishes him continued success, the Court continues to believe that he would benefit from ongoing supervised release.

The Court DENIES Jeremy P. Jones' pro se Motion for Early Termination of Supervised Release (ECF No. 24).

SO ORDERED.

    /s/ John A. Woodcock, Jr.
    JOHN A. WOODCOCK, JR.
    UNITED STATES DISTRICT JUDGE

Dated this 1st day of September, 2015